UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL FAIR HOUSING
ALLIANCE, INC., et al.,

                       Plaintiffs,     CIVIL CASE NO. 07-10385

v.

                                   HONORABLE STEPHEN J. MURPHY, III

TOWN &COUNTRY-STERLING
HEIGHTS, INC., et al.,

                       Defendants.
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Before the Court are the plaintiff National Fair Housing Alliance, Inc.'s motion to dismiss counterclaims and the Report and Recommendation of the Honorable Donald A. Scheer, United States Magistrate Judge. The Magistrate Judge recommends that the Court grant the plaintiff's motion to dismiss counterclaims.

The Magistrate Judge served the Report and Recommendation on all parties on September 30, 2008 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately October 17, 2008. *See* Fed. R. Civ. P. 6; E.D. Mich. L.R. 6.1. No objections to the Report and Recommendation have been filed. Consequently, the Court does not need to conduct a review and will accept and adopt the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #120] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the plaintiff's motion to dismiss counterclaims

[docket entry #13] is **GRANTED**.

**SO ORDERED.**

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: November 5, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2008, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager